IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CHARLES EDWARDS, *

    Plaintiff, *

v.     Case No. 7:21-CV-15

    *

COMMISSIONER OF SOCIAL SECURITY, *

    Defendant. *

    *

## **J U D G M E N T**

Pursuant to this Court's Order dated August 31, 2022, having accepted the recommendation of the United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 31st day of August, 2022.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk